### 23991. EVANS *v.* THE STATE.

BROYLES, C. J. The evidence tending to connect the accused with the offense charged (possessing whisky) was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt. The refusal to grant a new trial was error.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED JULY 20, 1934.

*Clarence E. Adams,* for plaintiff in error.
*R. Howard Gordon, solicitor,* contra.

### 24088. BERRY, *alias* SMITH, *v.* THE STATE.

GUERRY, J. The defendant was indicted for assault with intent to murder. The jury trying him found him guilty of assault and battery. After a review of the evidence, we do not think the defendant has any ground of complaint. No error of law being shown and the verdict having the approval of the trial judge, the judgment is

*Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 20, 1934.

*J. A. Mitchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.